Alfred A. Warrillow, Appellant, *v.* Frank S. Bidwell, as Administrator of the Estate of Calvin P. Brown, Deceased, et al., Respondents.

*Warrillow* v. *Bidwell,* 128 App. Div. 914, appeal dismissed. (Submitted February 13, 1911; decided February 23, 1911.)

Motion to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 20, 1908, affirming a judgment in favor of defendants entered upon a verdict and an order denying a motion for a new trial in an action to recover a sum of money paid as part of the purchase price of land at the time of entering into a contract to purchase the same.

The motion was made upon the ground that the judgment

of the trial court was interlocutory only; that the judgment of the Appellate Division did not finally determine the action, and was, therefore, not appealable to the Court of Appeals.

*Walter H. Knapp* for motion.

*Horace B. Warner* opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.